**E-FILED**
Wednesday, 30 July, 2008  09:50:31 AM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | | |
|---|---|---|
| MICHAEL MCLAUGHLIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 08-3123 |
| | ) | |
| WINCHESTER COMMUNITY | ) | |
| UNIT DISTRICT 1, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## OPINION

RICHARD MILLS, U.S. District Judge:

Plaintiff Michael McLaughlin ("McLaughlin") seeks remand [d/e 3]
to the state court.  The motion is denied.

McLaughlin, a recent high school graduate, filed suit against his
former school in the Circuit Court for Scott County, Illinois.  The
Complaint alleges that a school  employee, Shelly Brennecke, accessed his
records without permission or authorization, thereby causing him injury
and violating the Illinois Student Records Act, 105 ILCS 10/1, *et seq.*, and
the Family Educational Rights and Privacy Act ("FERPA"), 20 U.S.C. §

1232(g).

On May 30, 2008, this case was removed to federal court based on federal question jurisdiction.  On June 30, 2008, McLaughlin responded with a motion to remand to the state court.

McLaughlin argues for remand to the state court, because he has filed a motion to dismiss his FERPA claim in the state court.  The motion, however, was filed well after the case was removed, and state courts lack jurisdiction after removal. *Kern v. Huidekoper*, 103 U.S. 485, 491, 26 L. Ed. 354 (1880); *Fox Valley AMC/Jeep, Inc. v. AM Credit Corp.*, 836 F.2d 366, 367 (7th Cir. 1988); *Eastern v. Canty*, 75 Ill. 2d 566, 27 Ill. Dec. 752, 389 N.E.2d 1160, 1162 (1979).  Therefore, the state court filing is a nullity.

Ergo, McLaughlin's motion to remand [d/e 3] is DENIED.

IT IS SO ORDERED.

ENTERED:                                          July 28, 2008

FOR THE COURT:                          /s Judge Richard Mills
                                                       United States District Judge